IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sekyere, Charles O | Case Number: 08 B 23541 |
|---|---|---|
| | Phiri-Sekyere, Zabeta | Judge: Wedoff, Eugene R |
| | Printed: 11/18/08 | Filed: 9/5/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Transferred: November 6, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 20.20 | |
| Secured: | | 0.00 |
| Unsecured: | | 18.87 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1.33 |
| Other Funds: | | 0.00 |
| Totals: | 20.20 | 20.20 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Nissan Motor Acceptance Corporation | Secured | 0.00 | 0.00 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | HFC | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 8,967.18 | 0.00 |
| 5. | Chase Bank USA NA | Unsecured | 1,227.21 | 0.00 |
| 6. | RoundUp Funding LLC | Unsecured | 2,438.19 | 18.87 |
| 7. | Wells Fargo Financial | Unsecured | 495.78 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 633.06 | 0.00 |
| 9. | Cook County Treasurer | Secured | | No Claim Filed |
| 10. | Bank Of America | Secured | | No Claim Filed |
| 11. | Armor Systems Co | Unsecured | | No Claim Filed |
| 12. | Collection | Unsecured | | No Claim Filed |
| 13. | Beneficial | Unsecured | | No Claim Filed |
| 14. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Midland Credit Management | Unsecured | | No Claim Filed |
| 17. | CitiFinancial | Unsecured | | No Claim Filed |
| 18. | Chase | Unsecured | | No Claim Filed |
| 19. | Clerk of The Circuit Court (Co | Unsecured | | No Claim Filed |
| 20. | Credit Collection | Unsecured | | No Claim Filed |
| 21. | Harris & Harris | Unsecured | | No Claim Filed |
| 22. | Credit Collection | Unsecured | | No Claim Filed |
| 23. | Corporate America Family CU | Unsecured | | No Claim Filed |
| 24. | Harris & Harris | Unsecured | | No Claim Filed |
| 25. | Lane Bryant | Unsecured | | No Claim Filed |
| 26. | Nicor Gas | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Sekyere, Charles O | Case Number: 08 B 23541 |
|---|---|---|
| | Phiri-Sekyere, Zabeta | Judge: Wedoff, Eugene R |
| | Printed: 11/18/08 | Filed: 9/5/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Lane Bryant | Unsecured | | No Claim Filed |
| 28. | Mazda American Credit | Unsecured | | No Claim Filed |
| 29. | Acute Care Specialists | Unsecured | | No Claim Filed |
| 30. | Northwest Community Hospital | Unsecured | | No Claim Filed |
| 31. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 32. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 33. | Target National Bank | Unsecured | | No Claim Filed |
| 34. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 35. | Comcast | Unsecured | | No Claim Filed |
| | | | $ 13,761.42 | $ 18.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 1.33 |
| | $ 1.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

